1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        SOUTHERN DISTRICT OF CALIFORNIA
10
11   SHAN JIANG,                          )   Civil No. 06-CV-2816-L(LSP)
                                          )
12              Plaintiff,                )   **ORDER RE: ORAL ARGUMENT**
                                          )
13   v.                                   )
                                          )
14   MICHAEL CHERTOFF,                    )
                                          )
15              Defendant.                )
                                          )
16   _____     )

17        Defendant's motion to dismiss [doc. #8] is set for hearing on April 30, 2007.   The Court

18   finds this matter suitable for determination on the papers submitted and without oral argument

19   pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, no appearances are required.

20        **IT IS SO ORDERED.**

21   DATED:  April 23, 2007

22                                        _____
                                          M. James Lorenz
23                                        United States District Court Judge

24   COPY TO:

25   HON. LEO S. PAPAS
     UNITED STATES MAGISTRATE JUDGE
26

27   ALL PARTIES/COUNSEL

28

                                                                              06cv2816

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

06cv2816